of Appeals for the Eighth Circuit denied. *Mr. E. Howard Morphy* for petitioners. *Solicitor General Hughes* and *Mr. John J. Byrne* for the United States.

No. 380. NORTH RIVER INS. CO. *v.* BECNEL ET AL. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Walker B. Spencer* for petitioner. *Mr. A. A. Moreno* for respondents.

No. 381. SWIFT & CO. *v.* AMERICAN TRANSPORTATION CO. ET AL.;

No. 382. ARMOUR & CO. *v.* SAME; and

No. 383. WILSON & CO., INC., *v.* SAME. October 21, 1929. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Charles R. Hickox* for petitioners. *Mr. Homer L. Loomis* for respondents.

No. 384. HILL ET AL. *v.* UNITED STATES; and

No. 385. KARNS *v.* SAME. October 21, 1929. Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Robert B. Keenan* for petitioners. *Solicitor General Hughes,* and *Messrs. Claude R. Branch* and *Mahlon D. Kiefer* for the United States.

No. 393. BOGELMANN *v.* THE ROSEWAY. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. E. Curtis Rouse* for petitioner. *Messrs. Edward L. Logan* and *War-*